THE PEOPLE OF THE STATE OF NEW YORK ex rel. STEPHEN BAI, Appellant, against JOSEPH H. BROPHY, as Warden of Auburn State Prison, Respondent.

Submitted May 22, 1941; decided June 19, 1941.

*Stephen Bai*, appellant, in person.

*John J. Bennett, Jr., Attorney-General* (*Edward T. Boyle* and *Patrick H. Clune* of counsel), for respondent.

Order affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.